

June 8, 2016

**VIA ECF FILING**

The Honorable Barbara J. Crabb
U.S. District Court for the Western
  District of Wisconsin
120 North Henry Street
Madison, WI 53703

Re: *Agropur MSI, LLC v. Sterling Technology, Inc.*
    Court File No.: 15-CV-96

Dear Judge Crabb:

I am writing on behalf of the parties to inform you that the parties have settled Agropur's affirmative claims against Sterling that were the subject of the trial scheduled to start on June 13, 2016. Thus, there is no need for the pre-trial conference or trial.

Agropur's claim for costs against Sterling as the prevailing party pursuant to FRCP 54 and for costs and attorneys' fees as a sanction for spoliation have not been resolved. The parties will resolve those issues pursuant to the procedures in FRCP 54 and the Court's Summary-Judgment Order.

The parties will work expeditiously to forward the Court the appropriate stipulation and order to facilitate entry of judgment.

Sincerely,

*s/Jeffrey W. Post*

Jeffrey W. Post
**Direct Dial:** 612.492.7193
**Email:** jpost@fredlaw.com

JWP
Enclosures
cc:   Justin Wallace, Esq.
      Jeremy Gill, Esq.
      Reed Mahlke, Esq.

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES:
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Monterrey, Mexico / Shanghai, China